438 A.2d 640

Commonwealth v. Cable, Appellant.

Submitted April 30, 1981.   Nicholas H. Krayer, for appellant;  Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.

438 A.2d 640

Commonwealth v. Capers, Appellant.

Submitted March 11, 1981.   Robert F. Pappano, Assistant Public Defender, for appellant;  Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.